IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Roderick A. Haygood<br><br>Debtor(s). | Chapter 13<br><br>Case No.  13-15958 |

## AGREED ORDER CONDITIONING THE AUTOMATIC STAY

In said District, the 10th day of April, 2015, upon the Motion of Bank of America, N.A. to Modify the Automatic Stay, due notice having been served upon all parties in interest; the movant and the debtor in agreement with the below terms and the Court having jurisdiction and being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay shall remain in effect conditioned upon the following:

1. That in the event that debtor becomes delinquent in his post-petition mortgage payments for two or more monthly payments, Bank of America, N.A. may file and serve on debtor, their counsel, and the Trustee a Notice of Default.  Debtor shall have fourteen (14) days from the date of service of said Notice within which to cure the existing default set forth in such Notice.

If debtor fails to make such cure, then on the fourteenth (14) day after service of the Notice, the Automatic Stay in this cause shall be modified for Bank of America, N.A. to proceed against debtor with foreclosure of the subject property, pursuant to Illinois law, without further order of the Court or proceeding being necessary, and thereafter commence any action necessary to obtain possession of the premises known as 541 Regent Road, University Park, IL 60484.

2. Debtor shall pay a payment of $992.87 per month for each of the next six months beginning with the May, 2015 payment in addition to his regular monthly mortgage payment to cure the post petition arrearage of $5957.24, consisting of five monthly payments of $1074.95 due for December 2014 through April 2015, plus fees and costs for this Motion of $1026.00, less credit for partial payments held of $443.51.  These payments shall also be subject to the conditions of paragraph 1, above.

/s/Michael Dimand                    /s/Joseph Weiler
Michael Dimand                       Joseph Weiler
Attorney for Creditor                Attorney for Debtor

Entered:_____  Date:_____