IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODERICK A. HAYGOOD | ) | CASE NO. 13-15958 |
| | ) | CHAPTER 13 |
| | ) | JUDGE BLACK |
| DEBTOR | ) | |

Date: July 22, 2016

## **NOTICE OF DEFAULT**

To: Roderick Haygood 541 Regent Rd., University Park, IL 60484
Robert J. Semrad & Assoc., 20 S. Clark St., 28th Fl, Chicago, IL 60603
Glenn B Stearns 801 Warrenville Road Suite 650 Lisle, IL 60532

Please be advised that pursuant to the Order of Court entered April 15, 2015 specifying the manner in which the Automatic Stay may be modified in the event of a two month default, attached hereto, the Automatic Stay will be modified fourteen (14) days from the date of this Notice unless the entire default, currently $13,403.78 post-petition, is paid to Bank of America, N.A. by certified check or money order payable to Bank of America, N.A. tendered to the below address on or before August 5, 2016.

                                        Attorney for Bank of America, N.A.

                                        /s/Michael Dimand
                                        Michael Dimand

I, MICHAEL DIMAND, an attorney, certify that I served the above-named parties by placing a copy of the Notice of Default in an envelope, correctly addressed and mailing same by regular mail, postage pre-paid in the U.S. Mail chute at 125 E. Lake St., Bloomingdale, Illinois before the hour of 5:00 p.m. on July 22, 2016.


                                        /s/Michael Dimand
                                        Michael Dimand

Michael Dimand
The Wirbicki Law Group
33 W. Monroe St., Suite 1140
Chicago, IL 60603
(847) 641-5177


    THIS COMMUNICATION IS FROM A "DEBT COLLECTOR" (15 USC 1692a)